# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Papalia, Vincent F. | United States Bankruptcy Court For District of New Jersey | 09/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate No. 1 |
| 2. | Equity Partner (Withdrew 12/28/14) | Saiber LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2015 | Saiber LLC - Return of Capital - Bi-Weekly payments over 2 years, no control |
| 2. | 1/1/2015 | Saiber LLC - Retirement Benefit - Bi-Weekly payments over 5 years, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2015 | Saiber L.L.C. - Payment of Retirement Benefit (Pursuant to Membership Agreement) | $25,540.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Ramapo College - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association (NYIPLA) | 3/27/2015 | New York, NY | 93rd Annual Dinner in Honor of Federal Judiciary | Transportation, Meals, Hotel |
| 2. | Turnaround Management Association (TMA) | 6/10-11/2015 | Atlantic City, NJ | 2015 TMA Mid-Atlantic Regional Symposium | Transportation, Meals, Hotel, Conference Registration |
| 3. | American Bankruptcy Institute (ABI) | 8/6-8/2015 | Hershey, PA | 11th Annual Mid-Atlantic Bankruptcy Workshop | Transportation, Meals, Hotel, Conference Registration |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC | Summer House Mortgage (1/2 ownership and liability) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT SSN - J (H) | | | | | | | | | |
| 2. - FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | J | T | | | | | |
| 3. - FPA CRESCENT FUND | B | Int./Div. | K | T | Buy (add'l) | 01/28/15 | J | | |
| 4. - LORD ABBETT MULTI ASSET INCOME FUND F | B | Int./Div. | K | T | Buy (add'l) | 01/20/15 | J | | |
| 5. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 6. - BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | Buy (add'l) | 01/08/15 | J | | |
| 7. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 8. IRA ROLLOVER BROKERAGE ACCT SSN (H) | | | | | | | | | |
| 9. - FIDELITY GOVT MONEY MKT CAP. RESERVES | A | Int./Div. | J | T | | | | | |
| 10. - FPA CRESCENT FUND | C | Int./Div. | K | T | Buy | 04/06/15 | K | | |
| 11. | | | | | Buy (add'l) | 10/20/15 | K | | |
| 12. - LORD ABBETT CALIBRAT MID CAP VALUE F | | None | | | Buy | 04/01/15 | K | | |
| 13. | | | | | Buy (add'l) | 07/15/15 | K | | |
| 14. | | | | | Sold | 11/04/15 | K | | |
| 15. - LORD ABBETT GROWTH LEADERS FUND F | B | Int./Div. | K | T | Buy | 04/01/15 | K | | |
| 16. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 17. - VANGUARD BALANCED INDEX INVESTOR | A | Dividend | K | T | Buy | 04/10/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/4/15 | K | | |
| 19. - BLACKROCK HIGH YIELD BOND A | A | Dividend | | | Buy | 04/06/15 | K | | |
| 20. | | | | | Buy (add'l) | 04/21/15 | K | | |
| 21. | | | | | Sold | 07/15/15 | K | | |
| 22. -AMFUNDS AMERICAN BALANCED F1 | B | Dividend | K | T | Buy | 05/19/15 | K | | |
| 23. | | | | | Buy (add'l) | 07/15/15 | K | | |
| 24. INDIV TOD BROKERAGE ACCT SSN - S (H) | | | | | | | | | |
| 25. - FIDELITY GOVT. MONEY MKT CAP. RESERVES | A | Int./Div. | K | T | | | | | |
| 26. - DEUTSCHE GLOBAL INFRASTRUCTURE A | A | Int./Div. | | | Sold | 11/20/15 | K | | |
| 27. - FPA CRESCENT FUND | B | Int./Div. | K | T | | | | | |
| 28. - BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | | | | | |
| 29. - PIMCO INOCME FUND A | C | Int./Div. | K | T | | | | | |
| 30. IRA BROKERAGE ACCT WELLS FARGO (H) | | | | | | | | | |
| 31. -WELLS FARGO BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 32. -AT&T | A | Dividend | J | T | Buy | 01/23/15 | J | | |
| 33. -ALTRIA GROUP | A | Dividend | J | T | Sold (part) | 01/23/15 | J | C | |
| 34. -BRISTOL MYERS SQUIBB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CATERPILLAR | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 36. -CHEMOURS CO. | A | Dividend | J | T | Sold (part) | 07/01/15 | J | | |
| 37. | | | | | Buy | 07/17/15 | J | | |
| 38. -DOW CHEMICAL CO | A | Dividend | | | Sold | 12/10/15 | J | C | |
| 39. -DU PONT | A | Dividend | J | T | | | | | |
| 40. -EXXON MOBIL | A | Dividend | J | T | | | | | |
| 41. -HOME DEPOT | A | Dividend | J | T | | | | | |
| 42. -INTEL CORP | A | Dividend | J | T | | | | | |
| 43. -MERCK & CO | A | Dividend | J | T | | | | | |
| 44. -PHILIP MORRIS | A | Dividend | J | T | | | | | |
| 45. -PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 46. -SUBRUBAN PROPAN | A | Dividend | J | T | | | | | |
| 47. -TRANSOCEAN LTD | A | Dividend | J | T | | | | | |
| 48. -VALLEY NATIONAL | A | Dividend | J | T | | | | | |
| 49. IRA - PNC (H) | | | | | | | | | |
| 50. -AMERICAN BALANCED A | A | Int./Div. | J | T | Buy | 01/29/15 | J | | |
| 51. IRA - PNC -S (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -AMERICAN BALANCED A | A | Int./Div. | J | T | Buy | 01/29/15 | J | | |
| 53.  529 PLAN - FRANKLIN TEMPLETON (H) | | | | | | | | | |
| 54.  -GROWTH ALLOCATION C | A | Int./Div. | J | T | Buy (add'l) | 01/05/15 | J | | |
| 55. | | | | | Redeemed (part) | 01/21/15 | J | A | |
| 56. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 57. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 58. | | | | | Redeemed (part) | 03/16/15 | J | A | |
| 59. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 60. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 61. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 62. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 63. | | | | | Redeemed (part) | 07/23/15 | J | A | |
| 64. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 65. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 66. | | | | | Redeemed (part) | 09/18/15 | J | A | |
| 67. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 68. | | | | | Redeemed (part) | 10/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 70. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 71. | | | | | Redeemed (part) | 12/17/15 | J | A | |
| 72.   TIAA CREF -S (H) | | | | | | | | | |
| 73.   -TIAA CREF MONEY MARKET FUND | A | Int./Div. | K | T | Buy (add'l) | 03/31/15 | J | | |
| 74. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 75. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 76. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 77.   IRA - REGAL (H) | | | | | | | | | |
| 78.   -REGAL PRIME MONEY MKT FUND RESERVE | A | Int./Div. | J | T | | | | | |
| 79.   -LEVEL 3 COMM | A | Dividend | J | T | | | | | |
| 80.   -NEONODE | A | Dividend | J | T | | | | | |
| 81.   IRA - REGAL -S (H) | | | | | | | | | |
| 82.   -REGAL PRIME MONEY MKT FUND RESERVE | A | Int./Div. | J | T | | | | | |
| 83.   -VICAL INC | A | Dividend | J | T | | | | | |
| 84.   401(K) SAIBER (H) | | | | | | | | | |
| 85.   -BLACKROCK GLOBAL SMALLCAP A | A | Int./Div. | | | Distributed | 02/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -HARBOR BOND INST | A | Int./Div. | | | Distributed | 02/24/15 | K | | |
| 87. -HARBOR CAP APPRECIATION INV | A | Int./Div. | | | Distributed | 02/24/15 | J | | |
| 88. -MORLEY STABLE VALUE | A | Int./Div. | | | Distributed | 02/24/15 | L | | |
| 89. -PIMCO REAL RETURN D | A | Int./Div. | | | Distributed | 02/24/15 | K | | |
| 90. -T.ROWE PRICE RTMT 2020 | A | Int./Div. | | | Distributed | 02/24/15 | N | | |
| 91. -VANGUARD INT-TERM TREASURY ADM | A | Int./Div. | | | Distributed | 02/24/15 | J | | |
| 92. PNC BANK ACCOUNT -J | A | Interest | K | T | | | | | |
| 93. IRA - RBC (H) | | | | | | | | | |
| 94. -Deutsche X Trackers MSCI (Common) (Symbol - DBEU) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 95. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 96. -Deutsche X Trackers MSCI EAFE (Common) (Symbol - DBEF) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 97. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 98. -First Trust Dorsey Wright (Common) (Symbol FV) | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 99. -First Trust Exchange Traded (Common) (Symbol HYLS) | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 100. -First Trust Preferred (Common) (Symbol FPE) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 101. | | | | | Sold (part) | 06/30/15 | J | | |
| 102. -Guggenheim S&P 500 (Common) (Symbol RYT) | A | Dividend | | | Buy | 03/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 104. | | | | | Sold | 12/18/15 | J | A | |
| 105.  -IShares (Common) (Symbol EEMA) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 106. | | | | | Sold (part) | 06/30/15 | J | | |
| 107. | | | | | Sold | 12/18/15 | J | | |
| 108.  -IShares 1 to 3 Treasury (Common) (Symbol SHY) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 109. | | | | | Sold (part) | 06/30/15 | J | A | |
| 110. | | | | | Sold (part) | 10/21/15 | J | A | |
| 111.  -IShares 3 to 7 Treasury (Common) (Symbol IEI) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 112. | | | | | Sold (part) | 06/30/15 | J | A | |
| 113.  -IShares Core S&P 500 ETF (Common) (Symbol IVV) | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 114. | | | | | Buy (add'l) | 07/13/15 | K | | |
| 115. | | | | | Sold (part) | 10/21/15 | J | | |
| 116. | | | | | Sold (part) | 12/08/15 | J | | |
| 117.  -IShares Core S&P MidCap (Common) (Symbol IJH) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 118. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 119. | | | | | Sold (part) | 10/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IShares IBoxx $ High Yield (Common) (Symbol HYG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 121. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 122. | | | | | Sold | 10/21/15 | J | | |
| 123. -IShares IBoxx $ Investment (Common) (Symbol LQD) | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 124. | | | | | Sold (part) | 06/30/15 | J | | |
| 125. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 126. -IShares International (Common) (Symbol IDV) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 127. | | | | | Sold | 06/30/15 | J | | |
| 128. -IShares JP Morgan USD (Common) (Symbol EMB) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 129. | | | | | Sold | 06/30/15 | J | | |
| 130. | | | | | Buy | 07/13/15 | J | | |
| 131. -IShares US Financial Svcs (Common) (Symbol IYG) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 132. | | | | | Sold (part) | 06/30/15 | J | A | |
| 133. -IShares Core S&P (Symbol IJR) | | None | J | T | Buy | 07/13/15 | J | | |
| 134. -IShares Core (Symbol GOVT) | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 135. -Power Shares Exchange Symbol PBS | A | Dividend | | | Buy | 06/30/15 | J | | |
| 136. | | | | | Sold | 12/08/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Select Sector SPDR Fund (Common) (Symbol XLY) | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 138.  -Select Sector SPDR Fund (Common) (Symbol XLK) | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 139.  -Vanguard Sector SPDR FD (Common) (Symbol XLG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 140. | | | | | Sold | 06/30/15 | J | | |
| 141.  -Vanguard FTSE Developed (Common) (Symbol VEA) | A | Dividend | K | T | Buy | 03/05/15 | J | | |
| 142. | | | | | Buy | 06/30/15 | J | | |
| 143. | | | | | Buy | 07/13/15 | K | | |
| 144.  -Vanguard FTSE Emerging (Symbol VWO) | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 145. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 146.  -Vanguard Short Term Symbol VCSH | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 147.  -Vanguard Total International ETF (Symbol BNDX) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 148. | | | | | Buy | 06/30/15 | J | | |
| 149. | | | | | Buy | 07/13/15 | J | | |
| 150.  -RBC Branch Sweep Program - Money Market - Please see Part VIII note. | A | Dividend | J | T | | | | | |
| 151.  -Bank of Montreal (Common) (Symbol - BMO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 152. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 153. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 155. | | | | | Sold | 07/09/15 | J | | |
| 156. -Bank of Nova Scotia (Common) (Symbol - BNS) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 157. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 158. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 159. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 160. | | | | | Sold | 07/09/15 | J | | |
| 161. -Baytex Energy (Common) (Symbol BTE) | | None | | | Buy | 03/05/15 | J | | |
| 162. | | | | | Sold | 03/10/15 | J | | |
| 163. -BCE Inc. (Common) (Symbol BCE) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 164. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 165. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 166. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 167. | | | | | Sold | 07/09/15 | J | | |
| 168. -GlaxoSmithKline PLC (Common) (Symbol GSK) | A | Dividend | | | Buy | 03/10/15 | J | | |
| 169. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 170. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 172. | | | | | Sold | 07/09/15 | J | | |
| 173. -HSBC Holdings PLC (Common) (Symbol HSBC) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 174. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 175. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 176. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 177. | | | | | Sold | 07/09/15 | J | | |
| 178. -Royal Dutch Shell PLC (Common) (Symbol RDSB) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 179. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 180. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 181. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 182. | | | | | Sold | 07/09/15 | J | | |
| 183. -Toronto Dominion Bank (Common) (Symbol TD) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 184. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 185. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 186. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 187. | | | | | Sold | 07/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Delaware Pooled Trust Diversified Income FD CIA (Symbol DPDFX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 189. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 190. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 191. | | | | | Buy | 05/26/15 | J | | |
| 192. | | | | | Sold | 03/11/15 | J | | |
| 193. | | | | | Sold | 07/09/15 | J | | |
| 194. -Fidelity Advisor Strategic Income Fund CL 1 (Symbol - FSRIX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 195. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 196. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 197. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 198. | | | | | Sold | 03/10/15 | J | | |
| 199. | | | | | Sold | 07/09/15 | J | | |
| 200. -Invesco Balanced Risk Alloc Y (Symbol ABRYX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 201. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 202. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 203. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 204. | | | | | Sold | 03/10/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 07/09/15 | J | | |
| 206. -Oppenheimer Intl BD FD Class Y (Symbol OIBYX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 207. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 208. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 209. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 210. | | | | | Sold | 03/10/15 | J | | |
| 211. | | | | | Sold | 07/09/15 | J | | |
| 212. -Thornburc Strategic Income FD CL I SHS (Symbol - TS11X) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 213. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 214. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 215. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 216. | | | | | Sold | 03/10/15 | J | | |
| 217. | | | | | Sold | 07/09/15 | J | | |
| 218. -3M Company (Common) (Symbol MMM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 219. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 220. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 221. | | | | | Buy (add'l) | 06/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 30

**Name of Person Reporting**

Papalia, Vincent F.

**Date of Report**

09/27/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 07/09/15 | J | | |
| 223. -Altria Group Inc. (Common) (Symbol MO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 224. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 225. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 226. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 227. | | | | | Sold | 07/09/15 | J | | |
| 228. -American Electric Power Co. (Common) (Symbol AEP) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 229. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 230. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 231. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 232. | | | | | Sold | 07/09/15 | J | | |
| 233. -AT&T Inc. (Common) (Symbol T) | A | Dividend | | | Buy (add'l) | 03/05/15 | J | | |
| 234. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 235. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 236. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 237. | | | | | Sold | 07/09/15 | J | A | |
| 238. -Automatic Data Processing (Common) (Symbol ADP) | A | Dividend | | | Buy | 03/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 240. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 241. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 242. | | | | | Sold | 03/10/15 | J | | |
| 243. | | | | | Sold | 07/09/15 | J | | |
| 244. -Chevron Corporation (Common) (Symbol CVX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 245. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 246. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 247. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 248. | | | | | Sold | 07/09/15 | J | | |
| 249. -Coca Cola Company (Common)(Symbol KO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 250. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 251. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 252. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 253. | | | | | Sold | 07/09/15 | J | | |
| 254. -Dow Chemical Co. (Common) (Symbol DOW.N) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 255. | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 257. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 258. | | | | | Sold | 07/09/15 | J | A | |
| 259. -Eli Lilly & Co. (Common) (Symbol LLY) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 260. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 261. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 262. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 263. | | | | | Sold | 07/09/15 | J | A | |
| 264. -Energy Transfer Partners LP (Common) Symbol ETP) | A | Int./Div. | | | Buy | 03/05/15 | J | | |
| 265. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 266. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 267. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 268. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 269. | | | | | Sold | 07/09/15 | J | | |
| 270. -Enbridge Energy Partners LP (Common) (Symbol EEP) | | None | | | Buy | 03/05/15 | J | | |
| 271. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 272. | | | | | Buy (add'l) | 04/17/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 274. | | | | | Sold | 07/9/15 | J | | |
| 275. -Enterprise Products Partners (Common) (Symbol EPD) | | None | | | Buy | 03/05/15 | J | | |
| 276. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 277. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 278. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 279. | | | | | Sold | 07/09/15 | J | | |
| 280. -Exxon Mobil Corp. (Common) (Symbol XOM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 281. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 282. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 283. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 284. | | | | | Sold | 07/09/15 | J | | |
| 285. -General Electric Co. (Common) (Symbol GE) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 286. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 287. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 288. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 289. | | | | | Sold | 03/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 07/09/15 | J | A | |
| 291. -Health Care Reit Inc. (Common) (Symbol HCN) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 292. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 293. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 294. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 295. | | | | | Sold | 07/09/15 | J | | |
| 296. -Johnson & Johnson (Symbol JNJ) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 297. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 298. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 299. | | | | | Sold | 07/09/15 | J | | |
| 300. -Kinder Morgan Inc. (Common) (Symbol KMI) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 301. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 302. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 303. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 304. | | | | | Sold | 07/09/15 | J | | |
| 305. -Lockheed Martin Corp. (Common) (Symbol LMT) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 306. | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 308. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 309. | | | | | Sold | 07/09/15 | J | | |
| 310.  -Lorillard Inc. (Common) (Symbol LO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 311. | | | | | Sold | 03/10/15 | J | | |
| 312.  -McDonalds Corp. (Common) (Symbol MCD) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 313. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 314. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 315. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 316. | | | | | Sold | 07/09/15 | J | | |
| 317.  -Merck & Co. Inc. (Common) (Symbol MRK) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 318. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 319. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 320. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 321. | | | | | Sold | 03/10/15 | J | | |
| 322. | | | | | Sold | 07/09/15 | J | A | |
| 323.  -Microchip Technology Inc. (Common) (Symbol MCHP) | A | Dividend | | | Buy | 03/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 325. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 326. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 327. | | | | | Sold | 07/09/15 | J | | |
| 328. -Natl Retail Prop. Inc. (Common) Symbol NNN) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 329. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 330. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 331. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 332. | | | | | Sold | 07/09/15 | J | | |
| 333. -Nextera Energy Inc. (Common) (Symbol NEE) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 334. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 335. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 336. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 337. | | | | | Sold | 07/09/15 | J | A | |
| 338. -Philip Morris International (Common) (Symbol PM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 339. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 340. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 342. | | | | | Sold | 07/09/15 | J | A | |
| 343. -Plains All American Pipeline (Common) (Symbol PAA) | | | | | Buy | 03/05/15 | J | | |
| 344. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 345. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 346. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 347. | | | | | Sold | 07/09/15 | J | | |
| 348. -Plum Creek Timber Co. Inc. (Common) (Symbol PCL) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 349. | | | | | Sold | 03/10/15 | J | | |
| 350. | | | | | Buy | 03/13/15 | J | | |
| 351. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 352. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 353. | | | | | Sold | 07/09/15 | J | | |
| 354. -Proctor & Gamble Co. (Common) (Symbol PG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 355. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 356. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 357. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 07/09/15 | J | | |
| 359. -Qualcomm Inc (Common) (Symbol QCom) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 360. | | | | | Sold | 03/10/15 | J | | |
| 361. | | | | | Buy | 03/13/15 | J | | |
| 362. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 363. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 364. | | | | | Sold | 07/09/15 | J | | |
| 365. -Reynolds American Inc. (Common) (Symbol RAI) | A | Dividend | | | Buy | 03/10/15 | J | | |
| 366. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 367. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 368. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 369. | | | | | Sold | 07/09/15 | J | A | |
| 370. -Simon Property Group Inc. (Common) (Symbol SPG) | A | Dividend | | | Buy | 03/10/15 | J | | |
| 371. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 372. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 373. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 374. | | | | | Sold | 07/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -SPDR (Symbol JNK) | A | Distribution | J | T | Buy | 07/13/15 | J | | |
| 376. -United Parcel Svc. Inc. (Common) (Symbol UPS) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 377. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 378. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 379. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 380. | | | | | Sold | 07/09/15 | J | | |
| 381. -United Health Group Inc. (Common) (Symbol UNH) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 382. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 383. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 384. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 385. | | | | | Sold | 07/09/15 | J | A | |
| 386. -Ventas Inc. (Common) (Symbol VTR) | | None | | | Buy | 03/05/15 | J | | |
| 387. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 388. -VF Corporation (Common) (Symbol VFC) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 389. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 390. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 391. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 07/09/15 | J | | |
| 393. -Wells Fargo & Co. (Common) (Symbol WFC) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 394. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 395. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 396. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 397. | | | | | Sold | 07/09/15 | J | A | |
| 398. CO-EXECUTOR OF ESTATE NO. 1 (H) | | | | | | | | | |
| 399. MORGAN STANLEY ACCOUNT (H) | | | | | | | | | |
| 400. -Public Service Enterprise Group | B | Dividend | K | T | | | | | |
| 401. -Eversource Energy Com | A | Dividend | K | T | | | | | |
| 402. -Five Star Quality Care | | None | J | T | | | | | |
| 403. -Penn West Pete Ltd. | A | Dividend | J | T | | | | | |
| 404. -Senior Housing Property Trust | A | Dividend | J | T | | | | | |
| 405. -Apollo Investment Corp. | A | Dividend | J | T | | | | | |
| 406. -Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 407. -Royal Globe Trust, Inc. | A | Dividend | J | T | | | | | |
| 408. -Royal Value Trust, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -MORGAN STANLEY MONEY MKT FUND | A | Interest | J | T | | | | | |
| 410. DREYFUS GNMA FUND - ESTATE | A | Dividend | J | T | | | | | |
| 411. TD BANK ESTATE CHECKING ACCOUNT (H) | | | | | | | | | |
| 412. -Cash | A | Int./Div. | L | T | | | | | |
| 413. Vac/Rent. Prpt., Seaside Park, NJ (Purchase dd. 3/05; price-$590,000) | E | Rent | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 09/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.  Positions:
Line 1.  I am also co-executor of Estate No. 1.  The assets in the estate are reported in Section VII.

VI.  Liabilities and VII. Investments and Trusts:    Vacation/rental property in Seaside Park is jointly and equally owned (50-50) by my family and a related family.  This property was purchased in March 2005 for $590,000, of which we contributed one-half.  We rent the property about 4-6 weeks a year.   Also, property-related expenses (including mortgage, insurance, taxes, etc.) are shared equally.

VII.  Investments and Trusts.
Bank Account - Santander (S) (Line 68 on Initial Amended Report) was omitted on this report because it was closed and the proceeds distributed on August 28, 2014.  That closure was inadvertently not stated on the Initial Amended Report.
Line 150.  RBC Branch Sweep Program (Line 352 on Initial Amended Report) was incorrectly listed twice on Initial Amended Report on Lines 174 and 352.  It is properly listed only once on this report at Line 150.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent F. Papalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544